COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:       Shamsher Medih Chisti v. Sana Chisti aka Kiran Wilwerding

Appellate case number:   01-13-00780-CV

Trial court case number:   2013-12431

Trial court:                       257th District Court of Harris County

On September 9, 2013, appellant, Shamsher Medih Chisti, filed an affidavit of indigence with the trial court. *See* TEX. R. APP. P. 20.1(a)(2). On September 11, 2013, the District Clerk of Harris County timely filed a contest to the affidavit. *See* TEX. R. APP. P. 20.1(e)(1). Therefore, the trial court was required to either conduct a hearing or sign an order extending the time to conduct the hearing by September 23, 2013. *See* TEX. R. APP. P. 20.1(i)(2). Further, to properly sustain the contest, the trial court was required to sign an order sustaining the contest within the prescribed period for the hearing. *See* TEX. R. APP. P. 20.1(i)(4). The clerk's record does not reflect that the trial court signed an order extending the period for the hearing or ruled on the contest by September 23, 2013. Accordingly, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See id.*

We **ORDER** the Clerk of this Court to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

We further **ORDER** the trial court clerk to file a clerk's record within 30 days of the date of this order.

We further **ORDER** the trial court reporter, within 30 days of the date of this order, to prepare and file a properly authenticated transcript of any proceedings for which appellant has requested a transcript or to certify to this Court that appellant has not requested any such transcript.

It is so ORDERED.


Judge's signature: /s/ Jane Bland
                                ☒ Acting individually     ☐ Acting for the Court


Date:  May 29, 2014